2006 OK CR 26

## In re ADOPTION OF the 2006 REVISIONS TO the OKLAHOMA UNIFORM JURY INSTRUCTIONS.

### No. CCAD–2006–3.

Court of Criminal Appeals of Oklahoma.

July 19, 2006.

As Corrected July 20, 2006.

## ORDER ADOPTING AMENDMENTS TO OKLAHOMA UNIFORM JURY INSTRUCTIONS–CRIMINAL (SECOND EDITION)

¶ 1 On June 19, 2006, The Oklahoma Court of Criminal Appeals Committee for Preparation of Uniform Jury Instructions submitted its report and recommendations to the Court for the adoption of amendments to Oklahoma Uniform Jury Instructions–Criminal (Second Edition). The Court has reviewed the report by the committee and recommendations for the adoption of the 2006 proposed revisions to the Uniform Jury Instructions. Pursuant to 12 O.S.1991, § 577.2, the Court accepts that report and finds the revisions should be ordered adopted.

¶ 2 **IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that the report of The Oklahoma Court of Criminal Appeals Committee for Preparation of Uniform Jury Instructions shall be accepted, the revisions shall be available for access via the internet from this Court's web site at www.okcca.net on the date of this order and provided to West Publishing Company for publication. The Administrative Office of the Courts is requested to duplicate and provide copies of the revisions to the judges of the District Courts and the District Courts of the State of Oklahoma are directed to implement the utilization of these revisions effective on the date of this order.

¶ 3 **IT IS FURTHER ORDERED ADJUDGED AND DECREED** the amendments to existing OUJI–CR 2d instructions, and the adoption of new instructions, as set out in the following designated instructions and attached to this order, are adopted, to wit:

4–4; 4–5; 4–6; 4–7; 4–8; 4–15; 4–16; 4–17; 4–17A; 4–17B; 4–18; 4–18A; 4–18B; 4–18C; 4–19; 4–20; 4–21; 4–22; 4–32A; 4–57; 4–57A; 4–57B; 4–96A; 6–39; 9–5; 9–32; 10–13A; 10–13B

¶ 4 The Court also accepts and authorizes the updated committee comments to be published, together with the above styled revisions and each amended page in the revisions to be noted at the bottom as follows "(2006 Supp.)".

¶ 5 **IT IS THE FURTHER ORDER OF THIS COURT** that the members of The Oklahoma Court of Criminal Appeals Committee for Preparation of Uniform Criminal Jury Instructions be commended for their ongoing efforts to provide up-to-date Uniform Jury Instructions to the bench and the bar of the State of Oklahoma.

¶ 6 **IT IS SO ORDERED.**

¶ 7 **WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 19th day of July, 2006.

/s/ Charles S. Chapel
**CHARLES S. CHAPEL, Presiding Judge**

/s/ Gary L. Lumpkin
**GARY L. LUMPKIN, Vice Presiding Judge**

/s/ Charles A. Johnson
**CHARLES A. JOHNSON, Judge**

/s/ Arlene Johnson
**ARLENE JOHNSON, Judge**

/s/ David Lewis
**DAVID LEWIS, Judge**